■ Suk Hay Mui, Appellant, v Robert G. Miller et al., Respondents. [641 NYS2d 534] —Order, Supreme Court, New York County (Stephen Crane, J.), entered October 18, 1995, which denied plaintiff's motion to restore the action to the Supreme Court, unanimously affirmed, with costs.

The CPLR 325 (d) transfer was proper given the indication that plaintiff's damages may be less than Civil Court's jurisdictional limit, namely, the settlement of plaintiff's children's claims for $2,250 each and the absence of any evidence that plaintiff's injuries were more severe. In any event, CPLR 325 (d) provides that "[i]f the action is so removed, then the verdict or judgment shall be subject to the limitation of monetary jurisdiction of the court in which the action was originally commenced". We have considered plaintiff's other contentions and find them to be without merit. Concur—Milonas, J. P., Wallach, Kupferman, Ross and Williams, JJ.

■ Frank Criscola et al., Appellants-Respondents, et al., Plaintiffs, v Essex House Associates et al., Respondents, and Regional Scaffolding & Hoisting Co., Inc., Respondent-Appellant and Third-Party Plaintiff-Appellant. Champ Hoist Division of EMMPCO, Third-Party Defendant-Respondent, et al., Third-Party Defendants. [641 NYS2d 533] —Order, Supreme Court, New York County (Angela Mazzarelli, J.), entered January 3, 1995, unanimously affirmed for the reasons stated by Mazzarelli, J., without costs and disbursements. No opinion. Concur—Milonas, J. P., Wallach, Kupferman, Ross and Williams, JJ.